IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21CV81874

AFFORDABLE AERIAL PHOTOGRAPHY, INC.

     Plaintiff,

v.

WILLIAM S. SEERY, JR.,

     Defendant.

_____

## COMPLAINT

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") sues defendant William S. Seery, Jr. ("Defendant"), and alleges as follows:

## THE PARTIES

1.     Plaintiff is a corporation organized and existing under the laws of the State of Florida with its principal place of business located in Indian River County, Florida.

2.     Defendant is an individual who is a citizen of Florida residing at 1141 SW 12th Street, Boca Raton, Florida 33486.

## JURISDICTION AND VENUE

3.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.     This Court has personal jurisdiction over Defendant because he has maintained sufficient minimum contacts with Florida such that the exercise of personal jurisdiction over him would not offend traditional notions of fair play and substantial justice. Further, since at least 2015 Defendant has been a real estate agent in this State, been licensed to do business in this State, and,

upon information and belief, owns real property in this State.

5.      Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or his agents reside or may be found in this district.  "In other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'"  McGregor v. In Tune Music Grp., No. 15-62044-CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill. 1991).

## FACTS

**I.      Plaintiff's Business and History**

6.      Plaintiff was created as a Florida corporation in June 2005.  Plaintiff's sole shareholder is Robert Stevens.

7.      For the past sixteen (16) years, Mr. Stevens has been employed by Plaintiff as a high-end real estate photographer who specializes in aerial photography, stunning exterior and interior shots, as well as offering slide shows, virtual tours, and a full array of stock photography for luxury real estate industries.

8.      Mr. Stevens is a pioneer of aerial real estate photography and has been engaging in creative and artistic means to capture such photographs long before today's proliferation of consumer drone technology came to market.

9.      Mr. Stevens travels throughout the State of Florida, nationally, and internationally to photograph high-end real estate on behalf of Plaintiff's clients.  He has been contracted by over 280 clients to take professional photographs of various real estate projects, including but not limited to the estates of numerous celebrities (such as Madonna, Don King, Greg Norman, Rod Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Chris

2

Evert, and others).

10.     Plaintiff maintains a commercial website (www.robertstevens.com) which describes the photography services offered by Plaintiff, hosts a sample portfolio of photographs taken by Mr. Stevens, and invites prospective customers to contact Plaintiff to arrange for a professional photo shoot.

11.     Plaintiff owns the photographs taken by Mr. Stevens and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers.  To that end, Plaintiff's standard terms include a limited, one-time license for use of any particular photograph by the customer only.  Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

12.     Generally, at the time Plaintiff creates its professional photography, it applies copyright management information to such photography consisting of "© AAP [year] all rights reserved" to the bottom left corner thereof.  Plaintiff does this for added protection/assurance to keep unauthorized persons from utilizing/displaying Plaintiff's work.

**II.     The Work at Issue in this Lawsuit**

13.     In 2010, Plaintiff created a photograph titled "4502 S Ocean Blvd Highland Beach_017" (the "Work").  Consistent with Plaintiff's general practices, the Work contains (in the bottom left corner) Plaintiff's copyright management information as follows: "© AAP 2018 all rights reserved."  A copy of the Work is exhibited below:

3



14.     The Work was registered by Plaintiff with the Register of Copyrights on January 04, 2019, and was assigned Registration No. VA 2-137-642.  A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

15.     Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

### III.     Defendant's Unlawful Activities

16.     Defendant is a realtor located in Palm Beach County, FL. Defendant markets his business through a website owned and controlled by Defendant (https://www.savingsre.com/luxury/) (hereinafter the "Website").

17.     On a date after Plaintiff's above-referenced copyright registration of the Work, Defendant published the Work on his business website (https://www.savingsre.com/luxury/) in

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

connection with Defendant's attempts to solicit real estate sellers and/or buyers to sign up with Defendant.

18.    In publishing the Work on his Website, Defendant left Plaintiff's copyright management information intact (removing any doubt that the photograph on Defendant's website is the Work) and that Defendant understood it was not free-to-use/in the public domain.  A true and correct copy of screenshots of Defendant's website, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

19.    Defendant is not and has never been licensed to use or display the Work.  Defendant never contacted Plaintiff to seek permission to use the Work in connection with its website(s) or for any other purpose – even though the Work that was copied clearly displayed Plaintiff's copyright management information and put Defendant on notice that the Work was not intended for public use.

20.    Defendant utilized the Work for commercial use – namely, in connection with the marketing of Defendant's real estate services.

21.    Upon information and belief, Defendant located a copy of the Work on the internet (most likely associated with a prior MLS listing for a real estate agency that did contract with Plaintiff) and, rather than contact Plaintiff to secure a license, simply copied the Work for use in marketing his own real estate services.

22.    Through its ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff discovered Defendant's unauthorized use/display of the Work in August 2021.   On August 24, 2021 (following Plaintiff's discovery), Plaintiff notified Defendant in writing of such unauthorized use.  To date, however, Defendant has not responded to Plaintiff, thus necessitating the filing of this lawsuit to protect Plaintiff's rights with respect to the Work.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

23.     All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT

24.     Plaintiff re-alleges and incorporates paragraphs 1 through 23 as set forth above.

25.     The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

26.     Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

27.     As a result of Plaintiff's reproduction, distribution, and public display of the Work, Defendant had access to the Work prior to his own reproduction, distribution, and public display of the Work on the Website.

28.     Defendant reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

29.     By his actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for Defendant's own commercial purposes.

30.     Defendant's infringement was willful as he acted with actual knowledge or reckless disregard for whether his conduct infringed upon Plaintiff's copyright.

31.     As a Florida licensed real estate broker, Defendant clearly understands that high-end real estate photography – especially that containing copyright management information such as the Work – is generally paid for and cannot simply be copied from the internet/some other realtor's MLS listing.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228

32.     Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

33.     Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of the Work, which amounts shall be proven at trial.

34.     Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

35.     Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Defendant's conduct.

36.     Defendant's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

a.  A declaration that Defendant has infringed Plaintiff's copyrights in the Work;

b.  A declaration that such infringement is willful;

c.  An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d.  Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e.  Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.  Permanently enjoining Defendant, his employees, agents, officers, directors, attorneys,

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

successors, affiliates, subsidiaries and assigns, and all those in active concert and

participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights

or continuing to display, transfer, advertise, reproduce, or otherwise market any works

derived or copied from the Work or to participate or assist in any such activity; and

g.  For such other relief as the Court deems just and proper.

## **Demand For Jury Trial**

Plaintiff demands a trial by jury on all issued so triable.

Dated: October 6, 2021.


COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone:  (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ James D'Loughy, Esq._____
        James D'Loughy, Esq.
        Florida Bar No.: 0052700
        Daniel DeSouza, Esq.
        Florida Bar No.:  19291

EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teyle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-137-642

**Effective Date of Registration:**
January 04, 2019

---

**Copyright Registration for a Group of Published Photographs**
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   January 01, 2018 to December 31, 2018

## Title _____

| | |
|---|---|
| **Title of Group:** | Selected 2018 Photographs MM18 |
| **Number of Photographs in Group:** | 324 |

- **Individual Photographs:** Versailles Basketball Court AAP 2018, Versailles Children's Playground AAP 2018, Versailles Club Entrance AAP 2018, Versailles Fitness Center AAP 2018, Versailles Pool AAP 2018, Versailles Sign AAP 2018, Versailles Sign AAP 2018 a, Versailles Swimming Pool AAP 2018, Versailles Tennis Court AAP 2018,
  **Published:** January 2018

- **Individual Photographs:** Harbour Point Sign AAP 2018,
  **Published:** February 2018

- **Individual Photographs:** Biltmore Pool AAP 2018, Lake Worth Pier 2018,
  **Published:** April 2018

- **Individual Photographs:** Bellaria AAP 2018, Bellaria Aerial AAP 2018, Bellaria Beach Aerial AAP 2018, Bellaria Entrance Aerial AAP 2018, Bellaria Game Room AAP 2018, Bellaria Pool AAP 2018, Bellaria Pool aeria AAP 2018, Bellaria Pool area AAP 2018, Bellaria Tennis Aerial AAP 2018, Bellaria Theatre AAP 2018,
  **Published:** May 2018

- **Individual Photographs:** Abacoa aerial golf hole w golfers 2018 AAP, Abacoa aerial pano 2018 AAP, Abacoa couple with bull dog 2018 AAP, Abacoa downtown park 2018 AAP, Abacoa enterance sign 2018 AAP, Abacoa golf clubhouse 2 2018 AAP, Abacoa golf clubhouse 2018 AAP, Abacoa golf clubhouse 3 2018 AAP, Abacoa golf clubhouse 4 2018 AAP, Abacoa golf clubhouse 5 2018 AAP, Abacoa outside theater 2018 AAP, Abacoa Roger Dean Stadium 2018 AAP, Harbourside Place Aerial A AAP 2018, Harbourside Place Aerial B AAP 2018,Harbourside Place Aerial C AAP 2018, Roger Dean Stadium Jupiter Aerials 2018 AAP, Valencia at Abacoa Sign AAP 2018, Welcome to Abacoa 2018 AAP,
  **Published:** June 2018

- **Individual Photographs:** Emerald Harbour AAP 2018,
  **Published:** July 2018

- **Individual Photographs:** 12218 Tillinghast aerial a 2018 AAP, 12218 Tillinghast aerial c 2018 AAP, 6144 Lucerne St a, 6144 Lucerne St b, 6144 Lucerne St c, 6144 Lucerne St d, 6144 Lucerne St e, 6144 Lucerne St f, 6144 Lucerne St g, 6144 Lucerne St g copy, 6144 Lucerne St h, 6144 Lucerne St i, 6144 Lucerne St_001, 6144 Lucerne St_002, 6144 Lucerne St_003, 6144 Lucerne St_004, 6144 Lucerne St_005, 6144 Lucerne St_006, 6144 Lucerne St_007, 6144 Lucerne St_008, 6144 Lucerne St_009, 6144 Lucerne St_010, 6144 Lucerne St_011, 6144 Lucerne St_012, 6144 Lucerne St_013, 6144 Lucerne St_014, 6144 Lucerne St_015, 6144 Lucerne St_016, 6144 Lucerne St_017, 6144 Lucerne St_018, 6144 Lucerne St_019, 6144 Lucerne St_020, 6144 Lucerne St_021, 6144 Lucerne St_022, 6144 Lucerne St_023, 6144 Lucerne St_024, Eagles Landing Sign AAP 2018, Egret Landing basketball court 2018 AAP, Egret Landing clubhouse aerial 2018 AAP, Egret Landing clubhouse aerial w sign 2018 AAP, Egret Landing clubhouse futbol field 2018 AAP, Egret Landing clubhouse ground shot 2018 AAP, Egret Landing clubhouse pool aerial 2018 AAP, Egret Landing clubhouse sign 2018 AAP, Egret Landing entrance sign 2018 AAP, Egret Landing playground 2018 AAP, Egret Landing tennis A 2018 AAP, Egret Landing tennis B 2018 AAP, Egret Landing tennis C 2018 AAP, Jupiter Lighthouse with Boat 2018 AAP,
  **Published:** August 2018

- **Individual Photographs:** Stuart West Cobblestone AAP 2018, Stuart West Cobblestone Entrance a AAP 2018, Stuart West Cobblestone Entrance AAP 2018, The Stratford Aerial 2 AAP 2018, The Stratford Aerial 3 AAP 2018, The Stratford Aerial 4 AAP 2018, The Stratford Aerial 5 AAP 2018, The Stratford Aerial 6 AAP 2018, The Stratford Aerial 7 AAP 2018, The Stratford Beach a AAP 2018, The Stratford Beach Access AAP 2018, The Stratford Common Room a AAP 2018, The Stratford Common Room b AAP 2018, The Stratford Entrance AAP 2018, The Stratford Gym AAP 2018, The Stratford Lobby a AAP 2018, The Stratford Lobby AAP 2018, The Stratford Pool a AAP 2018, The Stratford Pool AAP 2018, Village of Golf Club a AAP 2018, Village of Golf Club AAP 2018, Wellington Preserve AAP 2018,
  **Published:** August 2018

- **Individual Photographs:** Les Jardins Club AAP 2018, Les Jardins Gate AAP 2018, Les Jardins Tennis AAP 2018, Metropolitan a AAP 2018, Metropolitan AAP 2018, Metropolitan Aerial a AAP 2018, Metropolitan Aerial ab AAP 2018, Metropolitan Aerial b AAP 2018, Metropolitan Aerial c AAP 2018, Metropolitan Aerial d AAP 2018, Metropolitan Deck a AAP 2018, Metropolitan Deck AAP 2018, Metropolitan Gym AAP 2018, Metropolitan Lobby AAP 2018, Metropolitan Media AAP 2018, Metropolitan Media Room a AAP 2018, Metropolitan Media Room AAP 2018, Metropolitan Media Room b AAP 2018, Metropolitan Pool AAP 2018, Metropolitan Pool Aerial AAP 2018, Metropolitan Pool Aerial a AAP 2018, Metropolitan Pool Aerial b AAP 2018, Metropolitan Pool Aerial c AAP 2018, Metropolitan Pool Aerial d AAP 2018, Palm Beach Towers E to W aerial 2018 AAP, Palm Beach Towers Lobby 2018 AAP, Palm Beach Towers Pool 2018 AAP, Palm Beach Towers Sign 2018 AAP, Trump Golf Club AAP 2018, Trump International Golf AAP 2018, Trump International Golf Club AAP 2018,
  **Published:** September 2018

- **Individual Photographs:** Dolcevita aerial a AAP 2018, Dolcevita aerial AAP 2018, Dolcevita aerial b AAP 2018, Dolcevita aerial c AAP 2018, Dolcevita aerial d AAP 2018, Dolcevita Pool AAP 2018, Dolcevita Pool AAP a 2018, 425 Worth Ave aerial a AAP 2018 sky, 425 Worth Ave aerial a AAP 2018, 425 Worth Ave aerial b AAP 2018, 425 Worth Ave aerial c AAP 2018, 425 Worth Ave aerial d AAP 2018, 425 Worth Ave aerial e AAP 2018,

Page 2 of 5

Published:   October 2018

- Individual Photographs:   Sailfish Point Clubhouse 2018 AAP, Sailfish Point Clubhouse 2018 b AAP copy, Sailfish Point Clubhouse a 2018 AAP copy, The Reaches aerial a AAP 2018, The Reaches aerial b AAP 2018, The Reaches aerial c AAP 2018, The Reaches aerial d AAP 2018, The Reaches aerial e AAP 2018, The Reaches aerial f AAP 2018, The Reaches aerial g AAP 2018, The Reaches aerial h AAP 2018, The Reaches Bike AAP 2018, The Reaches Billiard Room a AAP 2018, The Reaches Billiard Room AAP 2018, The Reaches Game Aeria AAP 2018, The Reaches Game Area AAP 2018, The Reaches Gym AAP 2018, The Reaches Lobby a AAP 2018, The Reaches Lobby AAP 2018, The Reaches Lobby b AAP 2018, The Reaches Lobby c AAP 2018, The Reaches Pool AAP 2018, The Reaches Pool b  AAP 2018, The Reaches Pool c AAP 2018, The Reaches Pool d AAP 2018, The Reaches Privet Beach Access AAP 2018, The Reaches Private Beach Access AAP 2018, The Reaches Social Room a  AAP 2018, The Reaches Social Room AAP 2018, The Reaches Social Room b AAP 2018, The Reaches Social Room c AAP 2018, The Reaches Social Room d AAP 2018, The Reaches Spa  Hot Tub AAP 2018, The Reaches Tennis Court AAP 2018,

Published:   November 2018

- Individual Photographs:   126 Spyglass Ln_003, 126 Spyglass Ln_004, 126 Spyglass Ln_004a, 126 Spyglass Ln_005, 126 Spyglass Ln_005a, 126 Spyglass Ln_006, 126 Spyglass Ln_007, 126 Spyglass Ln_008, 126 Spyglass Ln_008a, 126 Spyglass Ln_008b, 126 Spyglass Ln_009, 126 Spyglass Ln_009a, 126 Spyglass Ln_010, 126 Spyglass Ln_011, 126 Spyglass Ln_012, 126 Spyglass Ln_042, 126 Spyglass Ln_071, 126 Spyglass Ln_072, 126 Spyglass Ln_073 copy, 126 Spyglass Ln_073a, 126 Spyglass Ln_076, 126 Spyglass Ln_082, 126 Spyglass Ln_085, 126 Spyglass Ln_087, 126 Spyglass Ln_089, 126 Spyglass Ln_090, 126 Spyglass Ln_091, 126 Spyglass Ln_091a, 126 Spyglass Ln_092, 126 Spyglass Ln_093, 126 Spyglass Ln_094, 126 Spyglass Ln_097, 126 Spyglass Ln_099, 126 Spyglass Ln_100, 1690 Del Haven Dr a, 1690 Del Haven Dr a copy, 1690 Del Haven Dr am, 1690 Del Haven Dr an, 1690 Del Haven Dr b, 1690 Del Haven Dr c, 1690 Del Haven Dr d, 1690 Del Haven Dr e, 1690 Del Haven Dr e copy, 1690 Del Haven Dr f, 1690 Del Haven Dr g copy, 1690 Del Haven Dr h, 1690 Del Haven Dr i, 1690 Del Haven Dr j, 1690 Del Haven Dr j copy, 1690 Del Haven Dr k,

Published:   December 2018

- Individual Photographs:   1690 Del Haven Dr l, 4502 S Ocean Blvd Highland Beach_001, 4502 S Ocean Blvd Highland Beach_002, 4502 S Ocean Blvd Highland Beach_003, 4502 S Ocean Blvd Highland Beach_004, 4502 S Ocean Blvd Highland Beach_006, 4502 S Ocean Blvd Highland Beach_006a, 4502 S Ocean Blvd Highland Beach_007, 4502 S Ocean Blvd Highland Beach_008, 4502 S Ocean Blvd Highland Beach_009, 4502 S Ocean Blvd Highland Beach_010, 4502 S Ocean Blvd Highland Beach_010a, 4502 S Ocean Blvd Highland Beach_011, 4502 S Ocean Blvd Highland Beach_011a, 4502 S Ocean Blvd Highland Beach_012, 4502 S Ocean Blvd Highland Beach_013, 4502 S Ocean Blvd Highland Beach_014, 4502 S Ocean Blvd Highland Beach_014a, 4502 S Ocean Blvd Highland Beach_015, 4502 S Ocean Blvd Highland Beach_016, 4502 S Ocean Blvd Highland Beach_017, 4502 S Ocean Blvd Highland Beach_017, 4502 S Ocean Blvd Highland Beach_017a, 4502 S Ocean Blvd Highland Beach_018, 4502 S Ocean Blvd Highland Beach_019, 4502 S Ocean Blvd Highland Beach_020, 4502 S Ocean Blvd Highland Beach_021, 4502 S Ocean Blvd Highland Beach_022, 4502 S Ocean Blvd Highland Beach_023, 4502 S Ocean Blvd Highland Beach_024, 4502 S Ocean Blvd Highland Beach_025, 490 Mariner Dr_004, 490 Mariner Dr_006, 490 Mariner Dr_007, 490 Mariner Dr_008, 490 Mariner Dr_009, 490 Mariner Dr_010, 490 Mariner Dr_011, 490 Mariner Dr_074, 490 Mariner Dr_075, 490





Mariner Dr_076, 490 Mariner Dr_077, 490 Mariner Dr_078, 490 Mariner Dr_079, 490 Mariner Dr_080, 490 Mariner Dr_081, 490 Mariner Dr_082, 490 Mariner Dr_083, 490 Mariner Dr_083a, 490 Mariner Dr_084, 800 Harbour Dr a,

**Published:** December 2018

- **Individual Photographs:** 800 Harbour Dr b, 800 Harbour Dr c, 800 Harbour Dr d, 800 Harbour Dr e, 800 Harbour Dr f, 898 Berkley St_001, 898 Berkley St_002, 898 Berkley St_003, 898 Berkley St_004, 898 Berkley St_005, 898 Berkley St_006, 898 Berkley St_007, 898 Berkley St_008, 898 Berkley St_009, 898 Berkley St_010, 898 Berkley St_011, 898 Berkley St_012, 898 Berkley St_013, 898 Berkley St_014, 898 Berkley St_015, 898 Berkley St_015a, 898 Berkley St_016, Addison Aerial 1 AAP 2018, Addison Aerial 2 AAP 2018, Addison Aerial 3 AAP 2018, Addison Aerial 4 AAP 2018, Addison Aerial Front 1 AAP 2018, Addison Aerial Front AAP 2018, Admirals Cove Sign AAP 2018, Portofino Ocean Ridge a AAP 2018, Portofino Ocean Ridge b AAP 2018, Portofino Ocean Ridge Pool 2 AAP 2018, Portofino Ocean Ridge Pool AAP 2018,

**Published:** December 2018

## Completion/Publication

**Year of Completion:** 2018
**Earliest Publication Date in Group:** January 01, 2018
**Latest Publication Date in Group:** December 31, 2018
**Nation of First Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln., Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** January 04, 2019

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be

registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

EXHIBIT "B"

# SavingsRE

Savings for Real Estate: Buying, Selling, Investing and Renting

Bill Seery - United Realty Group - 561-220-0402     Email Me

| Home | Searches for Buyers | Sellers | Tools | Luxury | Ocean and Beach Area | Commercial | Facebook links |
| Age 55+ | Market Reports | Blog | Contact | About | Listings Search | Property Management | Inspiration |
| Investors | Move-In Ready | Surf Sites | The Condo Report |

## Get In Touch

First Name

Last Name

Email Address

Phone Number (used as pass x

Any questions for us?

Send

## About



**Bill Seery**

**Phone** Bill Seery
United Realty Group
561-220-0402

Email Me

## Search Listings



Search for a Property

Search

### FACEBOOK LINKS

**Thanks for clicking on my Facebook link!**

Click Here -> Take my short (30 second) Survey for Custom Search!



Ocean View Page



Luxury Page (yachting, golf, ocean front)



INVESTOR LINKS






