United States District Court

Southern District of Florida


Affordable Aerial Photography, Inc.
    Plaintiff

                                                                                                    No. 9:21-cv-81874-DMM

                                                                                                              Angela E. Noble



                                                                                                   Clerk of the Court

William S. Seery Jr.
    Defendant


                        RESPONSE TO CIVIL COMPLAINT

    In response to the Civil Complaint filed in this Cause, Defendant states as follows:

    1. The Court will find that Defendant has no other current or past cases in any Federal, State, or Local jurisdiction.

    2. The Court will find that Defendant, in an abundance of concern for the law, has immediately removed any and all photography from the website described in the complaint.

    3. The Court will find Defendant without means to pay for legal counsel which can be substantiated with tax filings, bank statements, credit card statements, and 1099 forms.

    WHEREFORE, Defendant asks the Court to:

4. Apply the Defendant to the Volunteer Attorney Program.

5. Find the attached Motion For Referral To Volunteer Attorney Program.

6. Award any additional and further relief that the Court may deem appropriate.

Defendant, pro se

_William S. Seery, Jr._
1141 SW 12th St., Boca Raton, FL 33486

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by registered U.S. Mail on October 25, 2021, on all counsel or parties of record on the Service List below.

Signature: _____

Printed name: William S. Seery, Jr.


James D'Loughy, Esq.

Copycat Legal PLLC

3111 N. University Drive

Coral Springs, Florida 33065

Attorney for Plaintiff

UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

Affordable Aerial Photography, Inc., Plaintiff,

vs. Case No. 9:21-cv-81874-DMM   William S. Seery Jr., Defendant

Motion For Referral To Volunteer Attorney Program

I, William S. Seery Jr., am a *pro se* party representing myself in this case and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: _____

Printed name: William S. Seery, Jr.

Address:

1141 SW 12th St.

Boca Raton, Florida 33486

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by registered U.S. Mail on October 25, 2021, on all counsel or parties of record on the Service List below.

Signature: _____   Printed name: William S. Seery, Jr.

**SERVICE LIST**
James D'Loughy, Esq.
Copycat Legal PLLC
3111 N. University Drive
Coral Springs, Florida 33065, Attorney for Plaintiff



BOCA RATON, FL
33486
OCT 25, 21
AMOUNT
$8.70
R2305E124660-20

1021   33401

PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL



**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL**

Overnight Priority

- Date o
- USPS TRACKING™ included to many major international destinations.

EXPECTED DELIVERY DAY: 10/26/21

USPS TRACKING® #



9505 5152 2757 1298 6210 19

PS00001000014   EP14F Oct 2018   OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

FROM:

William S. Seery Jr.
1141 SW 12th St
Boca Raton, FL 33486

USMS INSPECTED
BY _____

TO:

Clerk of the Court
701 Clematis St. Rm 202
West Palm Beach, FL 33401