IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cv-81874-DMM

AFFORDABLE AERIAL PHOTOGRAPHY, INC.

    Plaintiff,

v.

WILLIAM S. SEERY, JR.,

    Defendant.

_____/

## PLAINTIFF'S TRIAL WITNESS LIST

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") hereby submits its Trial Witness List as follows:

## WITNESS LIST

|   | WITNESS NAME |
|---|---|
| 1 | Robert Stevens<br>c/o CopyCat Legal PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065 |
| 2 | William S. Seery, Jr.<br>1141 SW 12th Street<br>Boca Raton, FL 33486 |

Dated: February 24, 2022.

    COPYCAT LEGAL PLLC
    3111 N. University Drive
    Suite 301
    Coral Springs, FL 33065
    Telephone: (877) 437-6228
    dan@copycatlegal.com
    james@copycatlegal.com

    By: /s/ Daniel DeSouza, Esq.
        Daniel DeSouza, Esq.
        Florida Bar No.: 19291

James D'Loughy, Esq.<br>
Florida Bar No.: 0052700

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that on February 24, 2022, I served the foregoing document to William S. Seery, Jr. via e-mail (bill@savingsre.com) and US Mail to: William S. Seery, Jr., 1141 SW 12th Street, Boca Raton, Florida 33486.

/s/ Daniel DeSouza___
Daniel DeSouza